UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation, as subrogee of Spokane Industries, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOULD STAINLESS LTD., a Canadian Corporation,<br><br>　　　　Defendant. | No. CV-12-148-RHW<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL** |

　　Before the Court is the parties' Joint Stipulation for Order of Dismissal, ECF No. 47. The parties ask that the Court dismiss all of Plaintiff's claims with prejudice and without costs, as they have been fully settled by the parties.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1.　The parties' Joint Stipulation of All Parties for Order of Dismissal, ECF No. 47, is **GRANTED**.

　　2.　The claims asserted in the above-captioned complaint are **dismissed**, with prejudice and without costs.

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

　　**DATED** this 24th day of April, 2013.

　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　United States District Judge

Q:\RHW\aCIVIL\2012\Travelers\Dismissal.ord.wpd

**ORDER GRANTING JOINT STIPULATION FOR ODER OF DISMISSAL ~ 1**